IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLOBAL LICENSING, INC., a Michigan Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN HART, JONNIKA HART, AND DEJA VU 2 SPORTS BAR AND LOUNGE, LLC., a Georgia Limited Liability Company,<br><br>Defendants. | CIVIL ACTION NO.:<br>1:15-cv-01611-ELR |

## CONSENT DECREE

Plaintiff Global Licensing, Inc. ("GLOBAL") and the Defendants Jonathan Hart, Jonnika Hart and Deja Vu 2 Sports Bar & Lounge, LLC, a Georgia limited liability company, having reached a resolution of this matter agree to entry of an order as set forth below:

**IT IS HEREBY ORDERED, AND DECREED THAT**:

1. This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121, 28 U.S.C. §§ 1331 and ~~138~~ 1338 (a) and (b), and 28 U.S.C. § 1367.

2. Deja Vu 2 Sports Bar & Lounge, LLC., and its active officers, agents,

1

servants, employees, Jonathan Hart and Jonnika Hart are permanently enjoined and restrained from using the "DEJA VU" name or the word "DEJA VU" (or any word comprised of a character or group of characters sounding the same as "DEJA VU") as, or a part of: (1) a name or domain name for any of their current or future establishments (including online advertising and social media); and (2) a trademark or service mark for any of their current or future establishments (including online advertising and social media).

3. Deja Vu 2 Sports Bar & Lounge, LLC, Jonathan Hart and Jonnika Hart shall, within (10) days of this order, change the name of their establishment located at 2997 Campbellton, Rd., SW, Atlanta, Georgia 30311 from Deja Vu 2 Sports Bar & Lounge, LLC to either (1) "The Voo"; or (2) to any name other than "DEJA VU" or any word comprised of a character or group of characters sounding the same as "DEJA VU".

4. Deja Vu 2 Sports Bar & Lounge, LLC, Jonathan Hart and Jonnika Hart shall, within (10) days of this order, remove and or have removed all online advertising, promotion and social media that uses the "DEJA VU" name or word "DEJA VU" (or any word comprised of a character or group

of characters sounding the same as "DEJA VU").

5. Deja Vu 2 Sports Bar & Lounge, LLC, Jonathan Hart and Jonnika Hart shall, within (10) days of this order, remove all signage bearing the name "Deja Vu 2 Sports Bar and Lounge" located outside or inside Defendants' establishment located at 2997 Campbellton, Rd., SW, Atlanta, Georgia 30311.

6. Deja Vu 2 Sports Bar & Lounge, LLC, Jonathan Hart and Jonnika Hart shall, within (10) days of this order, deliver to GLOBAL's counsel for destruction all promotional materials, products, advertisements, signs, brochures, packages, menus, and other printed materials bearing the Deja Vu 2 Sports Bar and Lounge mark or any other marks confusingly similar to GLOBAL's DEJA VU Family of marks and all plates, molds, matrices, screens or other means for making the same that are in the Defendants' possession or control.

7. This Consent Judgment shall be binding upon the parties, as well as upon their respective successors, assigns, subsidiaries, and divisions, and any others acting in concert or participating with them.

8. The parties hereby voluntarily consent to have this Court enter this

3

Consent Decree.

9. This Judgment resolves all claims and closes this case.

**SO ORDERED**, this 23rd day of November, 2015.

*Eleanor L. Ross*
ELEANOR L. ROSS
United States District Court Judge

The above Consent Decree is agreed to as to form and substance.

| | |
|---|---|
| Global Licensing, Inc. | Deja Vu 2 Sports Bar & Lounge, LLC |
| By: /s/Charles M. Ferguson, Jr. | By: _Jonnika Hart_ |
| Name: Charles M. Ferguson, Jr. | Name: _Jonnika Hart_ |
| Title: Outside Counsel | Title: _Owner_ |
| Date: November 19, 2015 | Date: _11/20/15_ |
| | |
| COLOM & BRANT | Jonathan Hart |
| By: /s/Charles T. Brant | _Jonathan Hart_ |
| Name: Charles T. Brant | Date: _11/20/15_ |
| Date: November 19, 2015 | |
| Counsel for Defendants | Jonnika Hart |
| | _Jonnika Hart_ |
| | Date: _11/20/15_ |

5